AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jordan Robert Mink | ) | Case No. |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 6, 2021 in the county of _____ in the _____ District of Columbia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| (1) 18 U.S.C. §§ 1752(a), (b)(1)(A) | (1) Unlawful Entry on Restricted Building or Grounds While Using or Carrying a Deadly or Dangerous Weapon; |
| (2) 40 U.S.C. §§ 5104(d) | (2) Unlawful Injury to Property on Capitol Grounds; |
| (3) 40 U.S.C. §§ 5104(e)(2), 5104(e)(2)(D), (F) and (G) | (3) Violent Entry, Disorderly Conduct, Physical Violence on Capital Grounds |
| (4) 18 U.S.C. § 1361 | (4) Distruction of government property valuded at over $1,000 |
| (5) 18 U.S.C. § 641 | (5) Theft of Government Property |
| (6) 18 U.S.C. § 2(a) | (6) Aiding and Abetting |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Bryan T. Alfredo, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
**Telephone** _____ (specify reliable electronic means).

Date: 01/18/2021                              _____
                                              *Judge's signature*

City and state:   Washington, DC              Robin M. Meriweather, U.S. Magistrate Judge
                                              *Printed name and title*