# RECORD OF MAGISTRATE'S PROCEEDINGS

**UNITED STATES OF AMERICA**
vs
**Jorden Mink**

MAGISTRATE'S DOCKET #: 21 mj 105
DATE OF COMPLAINT:
CRIMINAL DOCKET NUMBER:
DATE OF INDICTMENT:
STATUTE:

DATE ARRESTED: 1/19/21

## INITIAL APPEARANCE

Before Magistrate:
- [ ] LENIHAN
- [ ] MITCHELL
- [X] KELLY
- [ ] EDDY
- [ ] BAXTER
- [ ] PESTO

Date: 1/19/21
Time: 3:32 pm
Cassette Tape:
Tape Index:

U.S. ATTORNEY: Soo Song

1. RIGHTS EXPLAINED  * due process *
2. COMPLAINT/INDICTMENT/INFORMATION:
   - [ ] Read
   - [ ] Summarized
   - [ ] Reading waived
   - [ ] Defendant provided with a copy of the charges
   - [ ] Defendant to be provided with a copy of the charges as soon as possible
3. ACT & PENALTIES
   - [ ] Read
   - [ ] Summarized
   - [ ] Reading waived
4. COUNSEL
   - [ ] Defendant requested appointment
   - [ ] Defendant waived appointment
   - [ ] Defendant represented by:
   - [ ] Defendant expects to retain:
   - [ ] Affidavit executed.
   - [ ] Not Qualified
   - [ ] Qualified
   - [ ] with possible requirement for partial or full payment
   - [ ] Federal Public Defender appointed
   - [X] CJA Panel Attorney **Andrew Lipson** appointed
5. BAIL
   - Recommended Bond:
   - Bond Set at:
   - [ ] By Consent
   - [ ] By Magistrate
   - [ ] Bond Posted
   - [X] Temporary Commitment issued
   - [ ] Additional Conditions Imposed:
   - [ ] Final Commitment issued
   - Bond Review Hearing Set For:
   - Detention Hearing Set For:
6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT
   probable cause hearing
   Preliminary Exam/Rule 40/Arraignment set for: 1/21/19 @ 10:30 am  Before Magistrate **Judge Kelly**

ADDITIONAL COMMENTS: