IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) |
| Plaintiff, | ) )  Case No. |
| vs. | ) ) ) ) ) ) |
| Defendant. | ) |

## **ORDER**

      This order confirms the prosecutors' obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972), and subsequent cases, and notifies the prosecutors that violation of such obligations may result in serious consequences including but not limited to any or all of the following: sanctions, suppression or exclusion of testimony or other evidence, dismissal, a finding of contempt, and/or ethics violations. The Court further advises that such obligations exist as a matter of law, and are applicable according to law to this action, which may include but is not limited to proceedings before the undersigned in this action. See Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020) (amending Fed. R. Crim. Pro. 5).

Dated:                                    BY THE COURT: