IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA                                    No: 21-mj-105

v.                                                          JUDGE KELLY

JORDEN MINK                                                 ELECTRONICALLY FILED

## MOTION TO POSTPONE AND RESCHEDULE PRELIMINARY EXAMINATION AND DETENTION HEARING

AND NOW COMES, the Defendant, JORDEN MINK, by and through his counsel, Michael E. Moser, Esquire, filing the within Motion to Postpone and Reschedule Preliminary Examination and Detention Hearing, and in support thereof, avers as follows:

1) Defendant is charged by criminal complaint with violations of 18 U.S.C. 1752(a)(1), (2), (4) and (b)(1)(A); 40 U.S.C. 5104(e), 5104(e)(2)(D), (F), and (G); 18 U.S.C. 1361; 18 U.S.C. 641; and 18 U.S.C. 2(a).

2) Defendant is scheduled for preliminary examination and detention hearing on January 21, 2021 at 11:00AM before this Honorable Court.

3) The undersigned has a scheduling conflict and is unable to appear for the aforementioned hearing on January 21, 2021.

4) Counsel therefore respectfully requests that Mr. Mink's hearing be postponed and rescheduled for January 27, 2021 or January 29, 2021.

5) AUSA Soo Song consents to this request.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: January 20, 2021 | /s/ Michael E. Moser<br>Michael E. Moser, Esquire<br>PA ID No. 78844<br>Law Office of Michael Moser<br>2661 Clearview Road - Suite 8<br>Allison Park, Pennsylvania 15101<br>(412) 753 0400<br>mike@moserslaw.com<br>memoser@comcast.net |