IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No: 21-mj-105 |
| v. | JUDGE KELLY |
| JORDEN MINK | ELECTRONICALLY FILED |

**<u>ORDER</u>**

AND NOW, this _____ day of _____, 20_____, upon consideration of Defendant's Motion to Postpone and Reschedule Preliminary Examination and Detention Hearing, it is ORDERED that Mr. Mink's Motion is GRANTED and that the Preliminary Examination and Detention Hearing will be held on the _____ day of _____, 2021.

By the Court:

_____J.