IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

No: 21-mj-105

v.

JUDGE KELLY

Re: ECF No. 10

JORDEN MINK

ELECTRONICALLY FILED

**ORDER**

AND NOW, this _20th_ day of _January_, 20_21_, upon consideration of Defendant's Motion to Postpone and Reschedule Preliminary Examination and Detention Hearing, it is ORDERED that Mr. Mink's Motion is GRANTED and that the Preliminary Examination and Detention Hearing will be held on _Friday, January 29, 2021 at 9:30 a.m. before Judge Lenihan_.

By the Court:

_Maureen P. Kelly_, J.